**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KB FRAMERS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Appellant,
vs.
SUN COLONY SUMMERLIN HOMES,
LLC D/B/A SIENA HOMES, LLC; AND
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,
Respondents.

No. 59665

**FILED**

APR 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

KB FRAMERS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Appellant,
vs.
SUN COLONY SUMMERLIN HOMES,
LLC D/B/A SIENA HOMES, LLC; AND
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,
Respondents.

No. 60221

### ORDER DISMISSING APPEALS

The parties' April 9, 2014, stipulation to dismiss these appeals is approved and these appeals are hereby dismissed. As stated in the stipulation, the parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Harriet Cummings

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-12228

cc: Hon. Timothy C. Williams, District Judge
Stutz, Artiano, Shinoff & Holtz
Lewis Roca Rothgerber LLP/Las Vegas
Alverson Taylor Mortensen & Sanders
Feldman Graf
Molof & Vohl
Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
Eighth District Court Clerk